## HARTER v. DONAHOE.

### No. 11,138; January 29, 1886.

#### 9 Pac. 651.

**Sales—Immediate Delivery and Change of Possession.**—Where a sale is not accompanied by an immediate delivery and continued change of possession, it is void as against the vendor's creditors.

APPEAL from Superior Court, County of Fresno.

Grady & Merriam for appellant; Sayle & Harris for respondent.

By the COURT.—The evidence showed that there was no such immediate delivery and continued change of possession of the property in question as required by statute to make valid the transfer to plaintiff: Civ. Code, sec. 3440.

Judgment and order reversed and cause remanded for a new trial.